UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

CASE NO.

BRUCE WILSON,

    Plaintiff,

v.

GULF WORLD MARINE PARK, INC.,

    Defendant.

_____/

**NOTICE OF REMOVAL**

Defendant Gulf World Marine Park, Inc. ("Defendant") pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby gives notice of removal of the above-entitled action to the United States District Court for the Northern District of Florida.  Defendant appears for the purposes of removal only, reserves all defenses and rights available to it, and as grounds for removal states as follows:

    1.    **State Court Action**

On February 14, 2019, Plaintiff Bruce Wilson ("Plaintiff") initiated this action by filing his Complaint in the Circuit Court of the Fourteenth Judicial Circuit in and for Bay County, Florida styled *Wilson v. Gulf World Marine Park, Inc.*, and designated Case No. 19000359CA.  A true and correct copy of Plaintiff's Complaint, along with the remainder of the state court file is attached as Exhibit A.

### 2. Defendant's Receipt of Plaintiff's Complaint

Copies of the original Complaint and Summons in this action were served on Defendant on February 22, 2019. Defendant had no notice of the state court action prior to February 22, 2019.

### 3. Nature of the Action in Plaintiff's Complaint

In his Complaint, Plaintiff asserts claims for violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et al*. ("FLSA"). *See* Exhibit ("Ex.") A, Compl. at ¶¶ 22-27. Specifically, Plaintiff alleges that he regularly worked overtime hours but was not paid time and a half compensation for all hours worked. *See id*. at ¶ 24. Plaintiff seeks injunctive relief, overtime compensation, liquidated damages, reasonable attorney's fees and costs, pre-judgment interest, and all other relief the Court deems proper.

### 4. Removal of State Court Actions

Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant . . . to the district court of the United States for the district and division embracing the place where such action is pending." As demonstrated in section 5 below, this action is removable under 28 U.S.C. § 1441(a) in that the district court would have original jurisdiction under 28 U.S.C. § 1331.

### 5. Federal Question

Pursuant to 28 U.S.C. § 1331, "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." Because Plaintiff's Complaint is brought under the FLSA, it raises a federal question and removal is proper.

LEÓN COSGROVE, LLP
255 ALHAMBRA CIR. | SUITE 800 | CORAL GABLES, FL 33134 | T 305.740.1975 | WWW.LEONCOSGROVE.COM

6. **<u>Venue</u>**

The Panama City Division of the United States District Court for the Northern District of Florida is the judicial district embracing the place where the state court action is pending. *See* 28 U.S.C. § 89(b) and §§ 1441(a) and 1446(a); N.D. Fla. L.R. 3.1(A)(2) and (B). Therefore, this is the proper district court and division to which this case should be removed.

7. **<u>Timeliness of Notice of Removal</u>**

Pursuant to 28 U.S.C. § 1446(b), this removal is timely because 30 days have not elapsed since Defendant was served with Plaintiff's Complaint on February 22, 2019.

8. **<u>State Court Pleadings</u>**

Pursuant to 28 U.S.C. § 1446(a), with this Notice, Defendant is simultaneously filing copies of all process, pleadings, and orders existing on file in the State Court in this removed action. Copies of these removal documents are attached to this Notice of Removal at Exhibit A. Further, pursuant to 28 U.S.C. § 1446(d), Defendant has filed a true and correct copy of this Notice of Removal with the Clerk of the Circuit Court in and for Bay County, Florida. A copy of the Notice of Filing Notice of Removal, without attachments, is attached as Exhibit B.

Dated: March 14, 2019

                Respectfully Submitted,

                By: *s/ Tiffany L. Anderson*
                    Tiffany L. Anderson, Esq.
                    Florida Bar No. 83995
                    LEÓN COSGROVE, LLP
                    255 Alhambra Circle, Suite 800
                    Coral Gables, FL 33134
                    Telephone: (305) 740-1987
                    Facsimile: (305) 437-8158
                    Email: tanderson@leoncosgrove.com
                    Email: cmanzano@leoncosgrove.com

LEÓN COSGROVE, LLP
255 ALHAMBRA CIR. | SUITE 800 | CORAL GABLES, FL 33134 | T 305.740.1975 | WWW.LEONCOSGROVE.COM

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 14, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and that the foregoing document is being served by U.S. Mail and electronic mail to:

Noah E. Storch
Richard Celler Legal, P.A.
10368 W. State Road 84, Suite 103
Davie, FL 33324
Email: noah@floridaovertimelawyer.com

*s/ Tiffany L. Anderson*
Tiffany L. Anderson

LEÓN COSGROVE, LLP
255 ALHAMBRA CIR.  |  SUITE 800  |  CORAL GABLES, FL 33134  |  T 305.740.1975  |  WWW.LEONCOSGROVE.COM