UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CASE NO. 5:19-cv-00071-MCR-MJF

**BRUCE WILSON,**

    **Plaintiff,**

**v.**

**GULF WORLD MARINE PARK, INC.,**

    **Defendant.**
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, BRUCE WILSON ("Plaintiff") and Defendant, GULF WORLD MARINE PARK, INC., ("Defendant") (collectively, the "Parties") by and through their undersigned counsel, hereby notify this Court that the Parties have reached a resolution in this case. The Parties are in the process of finalizing the Settlement and request for dismissal with prejudice, and anticipate filing same with the Court within the next fourteen (14) days.

Dated this 12th day of September, 2019.

Respectfully submitted,

*/s/ Noah E. Storch*
Noah E. Storch, Esq.
Florida Bar No.0085476
RICHARD CELLER LEGAL, P.A.
10368 W. State Road 84, Suite 103
Davie, Florida 33324
Telephone: (866) 344-9243
Facsimile: (954) 337-2771
E-mail: noah@floridaovertimelawyer.com

*Counsel for Plaintiff*

Respectfully submitted,

**By: s/ Ellen Ross Belfer**
Ellen Ross Belfer, Esq.
Florida Bar No. 685208
Tiffany L. Anderson, Esq.
Florida Bar No. 83995
LEÓN COSGROVE, LLP
255 Alhambra Circle, Suite 800
Coral Gables, FL 33134
Telephone: (305) 740-1987
Facsimile: (305) 437-8158
Email: ebelfer@leoncosgrove.com
Email: tanderson@leoncosgrove.com

*Counsel for Defendant*